[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-2303 

 UNITED STATES,

 Appellee,

 v.

 SINH VAN TA, A/K/A AH SINH,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Douglas P. Woodlock, U.S. District Judge]

 

 Before

 Torruella, Chief Judge,
 Stahl and Lynch, Circuit Judges.

 

Paul M. Yee on brief for appellant.
Donald K. Stern, United States Attorney, and Kevin P. McGrath,
Assistant United States Attorney, on brief for appellee.

 

 April 11, 1997
 

 Per  Curiam.   Upon  careful review of the briefs and record,

we perceive no clear error in the district court's

determination that the 2-level adjustment under U.S.S.G. S

3B1.1(c) should apply to appellant. The determination that

appellant  managed  at  least one of his co-defendants in the drug

transactions  was  adequately supported by the facts presented to

the district court. The district court was not required to

adopt  appellant's interpretation of those facts, and, further,

even  if  appellant  himself were subject to management by others,

the S 3B1.1(c) adjustment was applicable nonetheless. See

United States v. Andujar, 49 F.3d 16, 25 (1st Cir. 1995).

 Affirmed. See 1st Cir. Loc. R. 27.1.

 -2-